**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| KENNETH J. RITROVATO, JR., | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )   No. 4:26-cv-01189-SEP |
| | ) |
| CRAIG CRANE, | ) |
| | ) |
| Respondent. | ) |

**MEMORANDUM AND ORDER**

Petitioner Kenneth Ritrovato, Jr., filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, but he has neither filed a Motion for Leave to Proceed *in Forma Pauperis* nor paid the $5.00 filing fee.  Local Rule 2.01(B)(1) authorizes the Clerk of Court to refuse to receive any pleadings "until the applicable statutory fee is paid, except in cases accompanied by a completed application to proceed *in forma pauperis*."  Accordingly, the Court will allow Petitioner 30 days to either pay the $5.00 filing fee or file a motion to proceed *in forma pauperis*. His failure to do so within 30 days will result in the dismissal of this action without prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall mail to Petitioner a copy of the Court's form Motion to Proceed *in Forma Pauperis* and Affidavit in Support – Habeas Cases.

**IT IS FURTHER ORDERED** that, within 30 days of the date of this Order, Petitioner must either pay the $5.00 filing fee or submit a motion to proceed *in forma pauperis*.

**IT IS FURTHER ORDERED** that, if Petitioner fails to comply with this Order, the Court will dismiss this action without prejudice.

Dated this 5th day of August, 2026.

_____
SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE